**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

NORTHERN DISTRICT OF TEXAS
FILED
AUG - 4 2017
9:55
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| THANH TIN LLC, § | |
| Plaintiff § | |
| § | Civil Action No. 4:17-cv-00343-A |
| V. § | |
| § | |
| PENN-AMERICA INSURANCE COMPANY, § | |
| Defendant § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

COME NOW, Plaintiff, **THANH TIN LLC** and Defendant, **PENN-AMERICA INSURANCE COMPANY** and announce to the Court that they have resolved any and all controversies and disputes between each other and they each stipulate to the dismissal, **with prejudice,** of all claims and/or causes of action Plaintiff asserted against the Defendant in the above styled and numbered cause. The parties further stipulate to the following:

1. Both parties stipulate that each shall be responsible for their own costs and attorney's fees incurred.

2. This Agreed Stipulation of Dismissal with Prejudice Of All Claims is being filed by both of the aforementioned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and both parties stipulate and acknowledge that this dismissal of claims is **with prejudice** and against the Plaintiff's rights to re-institute the same.

3. The parties further agree and stipulate that pursuant to Federal Rule of Civil Procedure Procedure 41(a)(1)(A), this dismissal of claims is being accomplished by the filing of this Agreed Stipulation of Dismissal with Prejudice and no further Court Order shall be necessary.

4. The filing of this Agreed Stipulation of Dismissal with Prejudice Of All Claims dismisses all claims and all parties to this litigation and therefore shall be considered a FINAL ORDER for all purposes.

Respectfully submitted,

_____
RICHARD J. KASSON
State Bar No. 24002392
rkasson@gcaklaw.com
REBECCA ADUDDELL
State Bar No. 24097280
raduddell@gcaklaw.com
**GONZALEZ, CHISCANO, ANGULO & `KASSON, PC**
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Tel:   (210) 569-8500
Fax:   (210) 569-8490

JAMES G. STOUFFER, JR.
State Bar No. 19328300
jstouffer@rmjfirm.com
**RAY, MCCHRISTIAN & JEANS, P.C.**
Mallick Tower
101 Summit Avenue, Suite 705
Fort Worth, Texas 76102
Tel:   (817) 333-2824
Fax:   (817) 335-7335
**ATTORNEYS FOR DEFENDANT**

-AND-

_____
WILLIAM N. ALLAN, IV
State Bar No. 24012204
serveone@ANGlawfirm.com
**ALLAN, NAVA, & GLANDER, PLLC**
13409 NW Military Highway, Suite 300
San Antonio, Texas 78231
Tel: 210-305-4220
Fax: 210-305-4219
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the **2nd** day of **August, 2017**, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing instrument was served on the following counsel of record by hand delivery, certified or registered mail, return receipt requested, regular mail, email, or fax transmission:

William N. Allan, IV
ALLAN, NAVA, & GLANDER, PLLC
13409 NW Military Highway, Suite 300
San Antonio, Texas 78231
Fax: 210-305-4219
Email: serveone@ANGlawfirm.com

James G. Stouffer, Jr.
RAY, MCCHRISTIAN & JEANS, P.C.
Mallick Tower
101 Summit Avenue, Suite 705
Fort Worth, Texas 76102
Fax: 817-335-7335
Email: jstouffer@rmjfirm.com

Justin Malone
LACY LYSTER MALONE & STEPPICK, PLLC
303 Main Street, Suite 200
Fort Worth, Texas 76102
817-349-8006 - fax
Email: justin@lacylyster.com

RICHARD J. KASSON